**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| JAMES D. HINSON ELECTRICAL CONTRACTING CO., INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>AT&T SERVICES, INC., et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)  Case No. 3:13-cv-00029-J-32JRK<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF FILING
THE COMPLETE APPENDIX IN SUPPORT OF THEIR MOTION
FOR CLASS CERTIFICATION—AND NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION REGARDING CONFIDENTIAL INFORMATION**

Plaintiffs give notice of filing the attached complete version of plaintiffs' initial appendix of exhibits (Doc. 112) in support of plaintiffs' motion for class certification (Doc. 111). Plaintiffs also give notice of the withdrawal of their motion regarding confidential information (Doc. 113).

Defendants had designated 13 documents listed in plaintiffs' appendix as confidential pursuant to the confidentiality order (Doc. 82). Plaintiffs (i) did not initially file those 13 documents with their initial appendix (Doc. 112) and (ii) filed their motion regarding the 13 documents. Plaintiffs' attorneys and defendants' attorneys have since conferred and defendants' attorneys consent to plaintiffs filing the 13 documents.

Plaintiffs therefore file the attached, complete appendix—with copies of the 13 documents.

| | |
|---|---|
| DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC<br>Kenneth S. Canfield<br>(admitted pro hac vice)<br>kcanfield@dsckd.com<br>Robert E. Shields<br>(admitted pro hac vice)<br>rshields@dsckd.com<br>1355 Peachtree Street, N.E., Suite 1600<br>Atlanta, Georgia  30309<br>Phone:  404-881-8900<br>Fax:  404-881-3007 | SMITH HULSEY & BUSEY<br><br>By  */s/ Lanny Russell*<br>       Lanny Russell<br>       James A. Bolling<br><br>Florida Bar Number 0364088<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lrussell@smithhulsey.com<br>jbolling@smithhulsey.com |
| LAW OFFICE OF DAVID S. HAGY, PLC<br>David S. Hagy<br>(admitted pro hac vice)<br>dhagy@hagylaw.com<br>1507 16th Avenue South<br>Nashville, TN  37212<br>Phone:  615-515-7774 | SMITH CURRIE & HANCOCK, LLP<br>Charles W. Surasky<br>Florida Bar No. 885940<br>cwsurasky@smithcurrie.com<br>2700 Marquis One Tower<br>245 Peachtree Center Avenue NE<br>Atlanta, GA 30303<br>Phone: (404) 521-3800<br>Fax: (404) 688-0671 |
| LEWIS & ROBERTS, PLLC<br>James A. Roberts<br>(admitted pro hac vice)<br>jar@lewis-roberts.com<br>3700 Glenwood Ave., Suite 410<br>Raleigh, NC 27612-5529<br>Phone: (919) 981-0191<br>Fax: (919) 981-0199 | Gary V. Mauney<br>(admitted pro hac vice)<br>gvm@lewis-roberts.com<br>One Southpark Center<br>6060 Piedmont Row Drive South<br>Suite #140<br>Charlotte, NC  28287<br>Phone:  (704) 347-8990 |

LAW OFFICE OF JOHN S. KALIL, P.A.
John S. Kalil
jkalil@akjaxlaw.com
Florida Bar No. 243061
6817 Southpoint Parkway, Suite 1402
Jacksonville, Florida  32216
Phone:  904-355-3311
Fax:  904-355-5411

Attorneys for the Plaintiffs

**Certificate of Service**

I certify that on April 21, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the forgoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:  none.


/s/  Lanny Russell
Attorney

899289.1