## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JAMES D. HINSON ELECTRICAL )
CONTRACTING CO., INC., et al., )
                                                   )
    Plaintiffs, )
                                                   )
v.                                                    Case No. 3:13-cv-00029-J-32JRK
                                                   )
AT&T SERVICES, INC., et al., )
                                                   )
    Defendants. )
                                                  )

## PLAINTIFFS' COMPLETE AND UNREDACTED
## APPENDIX OF EXHIBITS RELIED UPON IN SUPPORT
## OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**Tab:**    **Description:**

1      Bill for Damages to Blythe Development

2      Bill for Damages to BRS, Inc.

3      Bill for Damages to Hinson Electric

4      Bill for Damages to Callaway Grading

5      Bill for Damages to Hinson Electric

6      Power Point Presentation Entitled "The Facility Claims Recovery Process"

7      AT&T Risk Management Facility Damage Process Flow Chart 2009

8      Claims Representative Training Manual

9      Loss of Use Cheat Sheet

10     Form Describing "AT&T Property Damages Fully Distributed Cost "

11     Form Describing "AT&T Risk Management Fully Distributed Cost"

12     Form Describing Loss of Use Charge and accompanying e-mail

13  Excerpts from Deposition of John S. Allen, Jr., taken May 27, 2010

14  Excerpts from Deposition of Wayne Johnson, taken December 12, 2014

15  Excerpts from Deposition of David Engel, taken December 11, 2014

16  Excerpts from Deposition of Karen Phye, taken December 11, 2014

17  Excerpts from Deposition of Ian Ratner, taken April 3, 2015

18  Excerpts from Deposition of James D. Hinson, taken December 9, 2014

19  Excerpts from Deposition of Ronald Peterson, taken February 9, 2015

20  Excerpts from Deposition of Charles Ginn, taken June 27, 2008

21  Declaration of Warren Fisher, dated June 15, 2010  (Hinson I)

22  Declaration of Warren Fischer, dated February 13, 2015

23  Declaration of Warren Fischer, dated April 13, 2015

24  Documents showing Blythe payment of bill

25  Documents showing Callaway payment of bill

26  Plaintiff's Responses to Defendant's First Interrogatories ; *Bellsouth Telecommunications, Inc., d/b/ AT&T Georgia v. Comtrac Services, Inc.*; State Court of DeKalb County, Georgia, CA No. 11A39455-2.

27  Defendants' Supplemental Responses to Plaintiffs' First Interrogatories

28  Declaration of Kenneth Canfield, dated April 13, 2015

29  Declaration of David Hagy, dated April 13, 2015

30  Affidavit of Lanny Russell, dated April 9, 2015

31  Declaration of Charles Surasky, dated April 13, 2015

32  Declaration of John Kalil, dated April 13, 2015

33  State Law Chart regarding Unjust Enrichment

34  State Law Chart regarding American Rule